PEOPLE *v.* GREGORY.

CRIMINAL LAW—DRIVING WHILE UNDER THE INFLUENCE OF INTOXICATING LIQUOR—RECORD.

　　Record in prosecution for driving while under the influence of intoxicating liquor *held*, to disclose no prejudicial error (CLS 1961, § 257.625).

Appeal from Recorder's Court of Detroit; Wood (Andrew C.), J. Submitted Division 1 May 6, 1968, at Detroit. (Docket No. 2,924.) Decided May 31, 1968.

Dennis Gregory was convicted of driving an automobile while under the influence of intoxicating liquor. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *Luvenia D. Dockett,* Assistant Prosecuting Attorney, for the people.

*William R. McNamee,* for defendant.

---

REFERENCE FOR POINTS IN HEADNOTE
7 Am Jur 2d, Automobiles and Highway Traffic §§ 253, 330.

PER CURIAM. Dennis Gregory appeals from a conviction of driving while under the influence of intoxicating liquor. CLS 1961 § 257.625 (Stat Ann 1960 Rev § 9.2325). An examination of the record discloses no prejudicial error. The conviction is affirmed on authority of *People* v. *Alford* (1967) 8 Mich App 211.

LEVIN, P. J., and BURNS and DALTON, JJ., concurred.